**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RENE HELGUERA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 CV 2732 |
| | ) | |
| v. | ) | Judge Jorge Alonso |
| | ) | |
| | ) | Magistrate Judge Sheila Finnegan |
| BEYOND MASONRY, INC., and | ) | |
| MIGUEL RIVAS, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rene Helguera, having resolved this matter, stipulates to the voluntary dismissal of this lawsuit with prejudice and without the assessment of costs and/or attorneys' fees against any party.

Respectfully submitted,

Dated: November 27, 2017

s/Javier Castro
Javier Castro
Lydia Colunga-Merchant
Raise the Floor Alliance – Legal Dept.
1 N. LaSalle, Suite 1275
Chicago, IL 60602

*Attorneys for Plaintiff*